■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS RIVERA, Appellant. [718 NYS2d 860] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered April 16, 1999, convicting him of robbery in the first degree and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not substantially prejudiced by the delayed exchange of certain *Rosario* material (*see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866; *People v Ranghelle,* 69 NY2d 56; *see, People v Saunders,* 272 AD2d 347; *People v Farner,* 234 AD2d 561). Krausman, J. P., Luciano, H. Miller and Feuerstein, JJ., concur.